# United States District Court
## for the
## Eastern District of Tennessee

U.S.A. vs. Randa Allison                                                                 Docket No. 1:23-CR-44

### Petition for Action on Conditions of Pretrial Release

COMES NOW J. Dustin Lett, U. S. Probation Officer, presenting an official report upon the conduct of defendant Randa Allison, who was placed under pretrial release supervision by the Honorable Susan K. Lee, sitting in the court at Eastern District of Tennessee, on June 1, 2023.

**The probation officer believes the defendant has violated the following conditions of release:**

      8(s)    The defendant must participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising officer instructs:

                (ii) **Home Detention**. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services officer or supervising officer. Once drug treatment is established, Defendant may be released from this condition upon written approval of Probation Officer.

      8(t)    The defendant must submit to the location monitoring indicated below and abide by all the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology.

                (II) Radio Frequency (RF) monitoring

      8(z)    The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

On June 1, 2023, Ms. Allison appeared before Your Honor for an Initial Appearance and Arraignment. The probation office recommended the defendant be released on conditions. During the Initial Appearance, there was much discussion among the parties regarding the defendant's residence, and it was ultimately determined the defendant will reside with her mother, Connie Allison. The defendant was released on conditions, including the condition that she be placed on home detention with location monitoring until drug treatment was established. Because the defendant's residence is in Stevenson, Alabama, her supervision was transferred to the Northern District of Alabama. This officer forwarded the release order to the receiving United States Probation Officers (USPOs) in the Northern District of Alabama. USPO Jillian Wooden confirmed she will be the point of contact for the supervising district.

<u>On July 17, 2023</u>, USPO Wooden informed this officer the defendant was placed into residential treatment at Fellowship House, in Birmingham, Alabama, however USPO Wooden noted the defendant left treatment the same day of her arrival "because she felt uncomfortable there". USPO Wooden made a referral for Family Life Treatment in Scottsboro, Alabama. Ms. Allison was accepted into the Family Life Intensive Outpatient Treatment Program (IOP), beginning on July 17, 2023, and to attend three days per week. Upon reviewing bond conditions, it was determined the location monitoring equipment would remain in place until Ms. Allison is established in this treatment and be reviewed over the next week. This officer concurred with the recommendation of USPO Wooden. Additionally on this date, USPO Wooden stated Ms. Allison's pretrial supervision will be transferred to USPO Ethan King effective July 24, 2023.

<u>On July 24, 2023</u>, USPO King emailed this officer the following noncompliance summary:

> "On 7/21/2023, Randa Allison was invited to go hiking this past Sunday (7/23/2023) with her IOP group. I told her to get me the location and times, and I would let her go. She texted me that the hiking trip with her IOP group was to Ohatchee Beach from 10AM - 6PM. She confirmed that a counselor was going on the trip and that she had a ride there and back.
>
> At 9:37 PM on 7/23/2023, Ms. Allison sent a text message stating she got into a bad argument with her mother when she got home from the hiking trip. She was then kicked out of her house by her mother who unplugged the beacon.
>
> I called the defendant and spoke with her. Ms. Allison advised she invited her ex-boyfriend, Mike Steel (Joseph Michael Steel), on the hiking trip. Her mother told the defendant not to see or speak to him. An argument then occurred which led to defendant getting kicked out.
>
> I spoke with Ms. Allison's mother who confirmed the situation. She advised the defendant could stay the night if she did not cause trouble; however, she mentioned that she would place hands on her if defendant did say anything else to her.
>
> Stevenson PD arrived. I spoke with Ofc. Jackson on the phone and explained the situation. All parties came to an agreement for defendant to travel with her younger brother to her aunt's, Ann Guess, residence at 376 Steamplant Road, Lot #20, Stevenson, AL. Ofc. Jackson later called and informed me that defendant did not go on the hiking trip and used it as a cover to hang out with Mike Steel. Officer was very familiar with defendant, Mike Steel, and he noted Mike Steel has current substance abuse issues. No report was taken.
>
> Defendant called when she arrived at aunt's residence. I spoke with Ann Guess to confirm. She stated Ms. Allison could stay at her residence.

I spoke with the defendant again, video called on Google Meet to confirm LMON equipment set up.

I directed the defendant to report to Huntsville Office at 10 AM on 7/24/2023. Defendant understood and stated she could have her brother take her due to aunt's vehicle being placed in the shop.

At 8:56 AM this morning, I called Family Life Center where Ms. Allison is taking IOP classes. I spoke with Annie Howell who advised there was no hiking trip, and that the treatment center does not conduct any outside activities with clients. I informed Annie Howell of what Ms. Allison told me. I also informed her that after speaking with Stevenson PD that Ms. Allison was still saying there was a hiking trip and that she invited Mike Steel to come on the trip. Annie Howell stated she will discuss this with her when she arrives for class today. She advised she would drug test her and discuss the lying."

<u>On July 25, 2023,</u> USPO King confirmed the drug tests results collected by Family Life IOP to be negative, and he noted Ms. Allison continues to be dishonest about her whereabouts even though Family Life has verified there was no hiking trip. USPO King also communicated Ms. Allison's new residence, with Ann Guess, is not suitable for location monitoring equipment. He noted the reception is not adequate enough for the equipment to function as intended, and if it were not for her noncompliance and lying about her whereabouts, the probation office would be open to requesting removal of the location monitoring equipment.

The recommendation of the United States Probation Office is that a warrant be requested for Ms. Allison. Due to her conduct and deceit regarding her whereabouts on July 23, 2023, as well as her previously admitted substance abuse history, the probation office has assessed Ms. Allison as a risk of danger and nonappearance.

**PRAYING THAT THE COURT WILL ORDER**

That a **Warrant** be issued, and the defendant be arrested and brought before the Court for a hearing to show cause why his bond should not be revoked.

I declare that under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,                              Approved,

J. Dustin Lett                                       Danny Haimelin
United States Probation Officer                      Supervising United States Probation Officer

## ORDER OF COURT

Considered and ordered this 28th day of July, 2023, and ordered filed and made a part of the records in the above case. This Petition is to be placed under seal until the defendant is arrested or appears in court.

                                                s/ *Susan K. Lee*
                                                SUSAN K. LEE
                                                UNITED STATES MAGISTRATE JUDGE