UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | 1:23-cr-44 |
| v. | ) | |
| | ) | Judge Collier/Lee |
| | ) | |
| RANDA ALLISON | ) | |

## ORDER OF FORFEITURE

On June 27, 2023, a Superseding Indictment (Doc. 12) was filed in the above-referenced case, charging Randa Allison, with conspiracy to commit wire and mail fraud in violation of 18 U.S.C. §§ 1349, 1343 and 1341 (Count Two), among other charges.

In the forfeiture allegations of the Superseding Indictment, the United States sought forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) of the Defendant's interest in any property, real or personal, constituting, or traceable to the proceeds of any violation of 18 U.S.C. §§ 1349, 1343 and 1341.

A Plea Agreement (Doc. 33) was filed on September 7, 2023. On October 18, 2023, the Defendant pled guilty to Count Two, as charged in the Superseding Indictment and agreed to facts sufficient to support the plea, and forfeiture of property as listed in the Plea Agreement. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the Defendant agreed to a personal money judgment in the amount of $100,225.00, representing the minimum amount of proceeds the Defendant personally obtained as a result of the violations of 18 U.S.C. §§ 1349, 1343 and 1341. Further, the United States has established the requisite nexus between the money judgment and the violations charged in Count Two of the Superseding Indictment.

Federal Rule of Criminal Procedure 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment." Because no ancillary proceeding is required, it is appropriate to enter an order of forfeiture at this time, which will become final as to the Defendant at the time of sentencing.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Based upon the conviction of the Defendant for offenses in violation of 18 U.S.C. §§ 1349, 1343 and 1341, and pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b), the United States is entitled to:

   **<u>Money Judgment</u>**

   A personal money judgment in favor of the United States and against the Defendant, RANDA ALLISON in the amount of $100,225.00, representing the proceeds the Defendant personally obtained as a result of the Defendant's violations of 18 U.S.C. §§ 1341 and 1349.

2. In accordance with Federal Rules of Criminal Procedure 32.2(b)(4)(A) and (b)(4)(B), this Order of Forfeiture will become final as to the Defendant at the time of sentencing and will be made part of the sentence and included in the Judgment.

3. The United States may, at any time, move pursuant to Federal Rule of Criminal Procedure 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $100,225.00 to satisfy the money judgment in whole or in part.

4. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

5. The Clerk of this Court shall provide a certified copy of this Order to the United States Attorney's Office.

ENTER:

/s/
CURTIS L. COLLIER
United States District Judge

Submitted by:

FRANCIS M. HAMILTON III
United States Attorney

By: *s/ Steven S. Neff*
Steven S. Neff, BPR # GA 537187
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
(423) 752-5140
Steven.Neff@usdoj.gov